Respondents, v. JAMES BUTLER, INC., and Another, Appellants.— Case stricken from the calendar.

Before STATE INDUSTRIAL BOARD, Respondent. EVA DRAGNATTIS, Respondent, v. McGIBBON ENGINEERING AND IRON WORKS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN S. DAUGHERTY, Respondent, v. HARRY PORT and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board for the purpose of having the Board make a finding whether or not the refusal of the claimant to be operated upon was reasonable. All concur.

FRED DUNSTON, as Administrator, etc., of FANNIE A. L. DUNSTON, Deceased, Respondent, v. PHILIP GREENBERGER, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. LUELLA DEY, Respondent, v. STERLING SALT COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL DILLER, Respondent, v. E. R. LEWIS and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding as to the average weekly wage of the claimant. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN DOYLE, Respondent, v. FLEISCHMAN COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no finding as to the permanency of the injuries for which a schedule award has been made. All concur.

Before State Industrial Board, Respondent. PETER DEVINNY, Respondent, v. MANHATTAN AND QUEENS TRACTION CORPORATION and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence of total disability during the period covered by the award, arising out of injuries as found by the Board. All concur.

ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant, v. ELMIRA, CORNING AND WAVERLY RAILWAY, Respondent.— Motion denied, with ten dollars costs. McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. CYRIL ELLIOTT, Respondent, v. DAN MORGAN and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, for the purpose of having the Board make a finding whether or not the refusal of the claimant to be operated upon was reasonable. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MORRIS EPSTEIN, Respondent, v. S. SAVEDOFF and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, Respondent, v. JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Appellant, Impleaded with Another.— Order unanimously affirmed, with ten dollars costs and disbursements.